Case 2:07-cv-01549-RGK-MAN Document 13 Filed 01/29/08 Page 1 of 2 Page ID #:27

FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY ALLEN WOODWORTH,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | NO. CV 07-1549-RGK (MAN)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's "Response" to the Report and Recommendation. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) Petitioner's Motion for Judgment in a Civil Case filed on November 19, 2007, is DENIED; and (2) Judgment shall be entered dismissing this action for lack of jurisdiction.

```
 1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
 2   the Judgment herein on Petitioner and counsel for Respondent.
 3
 4        LET JUDGMENT BE ENTERED ACCORDINGLY.
 5                       JAN 2 9 2008
 6   DATED:    _____.
 7
 8                                          _____
 9                                          R. GARY KLAUSNER
                                            UNITED STATES DISTRICT JUDGE
10
11
12
...
28
```