FILED
CLERK, U.S. DISTRICT COURT

JAN 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ⎯⎯
Send ⎯⎯
Enter ⎯⎯
Closed ⎯⎯
JS-5/JS-6 ✓
JS-2/JS-3 ⎯⎯
Scan Only ⎯⎯

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MURRAY ALLEN WOODWORTH, | ) | NO. CV 07-1549-RGK (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED: JAN 29 2008 _____.


_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE